**Electronically Filed
Intermediate Court of Appeals
29671
12-SEP-2011
10:49 AM**

NO. 29671

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
ROBERT L. TETU, Defendant-Appellant,
and
JOSEPH PAUL MIOZZA, Defendant.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 05-1-0486)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on August 16, 2011, is hereby corrected as follows:

1.  On page 1, in the sixth and seventh lines of the first paragraph, the semicolon after "paraphernalia" at the end of the sixth line should be deleted and the numbering "(3)" should be inserted before the word "burglary" in the seventh line so that as corrected, the text reads: ". . . drug paraphernalia (Count 2); (3) burglary in the second degree . . . ."

2.  On page 6, in the fourth line, the word "on" should be inserted between "based" and "a" so that as corrected the text reads: " . . . based on a request made . . . ."

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, September 12, 2011.


FOR THE COURT:

Chief Judge

2